UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| COMMUNITY ASSOCIATION FOR RESTORATION OF THE ENVIRONMENT, INC., a Washington non-profit corporation; FRIENDS OF TOPPENISH CREEK, a Washington nonprofit corporation; and CENTER FOR FOOD SAFETY, a Washington, D.C. nonprofit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>MAJESTIC FARM, LLC, a Washington limited liability company; NICHOLAS STRUIKMANS, an individual, and JANIE STRUIKMANS, an individual,<br><br>Defendants. | NO: 1:20-CV-3046-TOR<br><br>ORDER OF DISMISSAL |

BEFORE THE COURT is the parties' Stipulation of Dismissal (ECF No. 24). The stipulation is filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and provides that this action be dismissed as to all claims, causes of action, and parties, with each party bearing that party's own attorneys' fees and

ORDER OF DISMISSAL ~ 1

costs. The parties stipulated that the action shall be dismissed with prejudice as to defendants Nicholas Struikmans and Janie Struikmans, as individuals. The parties further stipulated that the action shall be dismissed without prejudice as to defendant Majestic Farm, LLC.

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

**ACCORDINGLY, IT IS HEREBY ORDERED**:

1. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** as to all claims, causes of action, and parties, with each party bearing that party's own attorneys' fees and costs.

2. The action is dismissed with prejudice as to defendants Nicholas Struikmans and Janie Struikmans, as individuals.

3. The action is dismissed without prejudice as to defendant Majestic Farm, LLC.

4. All deadlines, hearings and trial are **VACATED**.

The District Court Executive is directed to enter this Order and Judgment accordingly, furnish copies to counsel, and **CLOSE** the file.

**DATED** October 8, 2020.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL ~ 2