# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| COMMUNITY ASSOCIATION FOR RESTORATION OF THE ENVIRONMENT, INC, et al., <br> *Plaintiff* <br> v. <br> MAJESTIC FARM, LLC, et al, <br> *Defendant* | Civil Action No. 1:20-CV-3046-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other: All claims and causes of action as to defendants Nicholas Struikmans and Janie Struikmans, as individuals in this matter are DISMISSED with prejudice. The action is dismissed without prejudice as to defendant Majestic Farm, LLC.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge Thomas O. Rice on the parties' Joint Stipulation for Dismissal ECF No. 24.

Date: October 8, 2020

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen